IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PUBLIC CITIZEN, INC., ) | |
| Plaintiff, ) | Civil Action No. 17-1669 |
| v. ) | |
| UNITED STATES SECRET SERVICE, ) | |
| Defendant. ) | |

## PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65.1, Plaintiff Public Citizen, Inc. hereby moves for a temporary restraining order and preliminary injunction requiring defendant to maintain a copy of all visitor logs and other records documenting visitors to the Office of Management and Budget (OMB), Office of Science and Technology Policy (OSTP), Office of National Drug Control Policy (ONDCP), and Council on Environmental Quality (CEQ) from January 20, 2017, going forward.

In support of this motion, plaintiff relies upon the attached memorandum of points and authorities, as well as the declaration of Adina H. Rosenbaum and accompanying exhibits. A certificate of notice pursuant to Local Rule 65.1(a) and proposed orders accompany this motion.

Dated: August 17, 2017                    Respectfully submitted,

                                                                      <u>/s/ Adina H. Rosenbaum</u>
                                                                      Adina H. Rosenbaum
                                                                      (D.C. Bar No. 490928)
                                                                      Patrick D. Llewellyn
                                                                      (D.C. Bar No. 1033296)
                                                                      Public Citizen Litigation Group
                                                                      1600 20th St. NW
                                                                      Washington, DC 20009
                                                                      (202) 588-1000

                                                                    *Counsel for Plaintiff Public Citizen, Inc.*