IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PUBLIC CITIZEN, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 17-1669 |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES SECRET SERVICE, ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's motion for a temporary restraining order,

It is hereby this _____ day of ____, 2017,

ORDERED that plaintiff's motion for a temporary restraining order is GRANTED, and

ORDERED that defendant Secret Service must maintain a copy of all visitor logs and other records documenting visitors to the Office of Management and Budget (OMB), Office of Science and Technology Policy (OSTP), Office of National Drug Control Policy (ONDCP), and Council on Environmental Quality (CEQ) from January 20, 2017 going forward.

Absent further order of this Court, this Order shall remain in effect for a period of fourteen days or until the Court resolves plaintiff's motion for a preliminary injunction, whichever comes first.

SO ORDERED.

_____
United States District Judge