IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, INC., | )<br>)<br>) |
| Plaintiff, | ) Civil Action No. 17-1669<br>) |
| v. | )<br>) |
| UNITED STATES SECRET SERVICE, | )<br>) |
| Defendant. | )<br>) |

**CERTIFICATE OF NOTICE PURSUANT TO LOCAL RULE 65.1(a)**

I, Adina H. Rosenbaum, counsel for plaintiff Public Citizen, Inc., hereby certify that I made the following efforts to give notice of the time of making the application for a temporary restraining order, and copies of all pleadings and papers filed in this action: (a) contacted the Chief of the Civil Division of the U.S. Attorney's Office for the District of Columbia and provided the pleadings and papers filed in the action to date; and (b) contacted the United States Secret Service Office of the Chief Counsel and left a voice mail message offering to provide the pleadings and papers filed in the action to date.

Dated: August 17, 2017

Respectfully submitted,

/s/ Adina H. Rosenbaum
Adina H. Rosenbaum
(D.C. Bar No. 490928)
Public Citizen Litigation Group
1600 20th St. NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiff Public Citizen, Inc.*