IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PUBLIC CITIZEN, INC., | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 17-1669 |
| v. | ) ) ) | |
| UNITED STATES SECRET SERVICE, | ) ) | |
| Defendant. | ) ) | |

**DECLARATION OF ADINA H. ROSENBAUM**

I, Adina H. Rosenbaum, declare as follows:

1. I am an attorney at Public Citizen Litigation Group and represent Public Citizen, Inc. in the above-captioned case.

2. Public Citizen, Inc. is a non-profit public-interest organization with members nationwide. Public Citizen works before Congress, regulatory agencies, and the courts to advance the interests of its members and to educate the public on a wide range of consumer-protection issues. In particular, Public Citizen works to promote openness in government and collects and disseminates information related to governmental actions and practices.

3. On April 19, 2017, on behalf of Public Citizen, I sent a Freedom of Information Act (FOIA) request to the United States Secret Service requesting "a copy of all visitor logs and other records documenting visitors to the Office of Management and Budget (OMB), Office of Science and Technology Policy (OSTP), Office of National Drug Control Policy (ONDCP), and Council on Environmental Quality (CEQ) from January 20, 2017, through April 15, 2017." A copy of that request is attached to this declaration as Exhibit A.

1

4. On May 24, 2017, the Secret Service denied my request. A copy of the Secret Service's denial is attached as Exhibit B.

5. On June 5, 2017, on behalf of Public Citizen, I submitted an administrative appeal of the denial of the request. A copy of that appeal is attached as Exhibit C.

6. By letter dated July 10, 2017, the Secret Service denied the June 5 appeal. A copy of that denial letter is attached as Exhibit D.

7. On June 5, 2017, on behalf of Public Citizen, I sent a FOIA request to the United States Secret Service requesting a copy of all visitor logs and other records documenting visitors to OMB, OSTP, ONDCP, and CEQ from April 16, 2017, through May 31, 2017. A copy of that request is attached as Exhibit E.

8. Public Citizen has not yet received a response from the Secret Service to the June 5, 2017, FOIA request.

9. On July 19, 2017, on behalf of Public Citizen, I sent a FOIA request to the United States Secret Service requesting a copy of all visitor logs and other records documenting visitors to OMB, OSTP, ONDCP, and CEQ from June 1, 2017, through July 15, 2017. A copy that request is attached as Exhibit F.

10. Public Citizen has not yet received a response from the Secret Service to the July 19, 2017, FOIA request.

11. Public Citizen plans to continue to make regular requests to the Secret Service for visitor logs and other records documenting visitors to OMB, OSTP, ONDCP, and CEQ. Public Citizen intends to make the records it receives through its FOIA requests to the Secret Service available to the public on the internet.

12. If the Secret Service destroys or irrevocably transfers to the White House Office of Records Management visitor logs and other records documenting visitors to OMB, OSTP, ONDCP, and CEQ during the course of this lawsuit, Public Citizen will be harmed. Even if Public Citizen is successful in this lawsuit, it will not be able to obtain access to the records it has already requested and to records it will be requesting going forward. Public Citizen will thereby be deprived of information that would help it understand who is visiting OMB, OSTP, ONDCP, and CEQ, and thus what voices are being heard by those agencies as they set and implement policy.

13. Some of the records at issue in this lawsuit overlap with records requested in the FOIA requests at issue in *Doyle, et al. v. DHS*, No 17 Civ. 2542 (S.D.N.Y., filed Apr. 10, 2017). A copy of the complaint in that case is attached to this declaration as Exhibit G. A copy of a letter submitted by the parties in that case, setting forth the parties' positions, is attached as Exhibit H.

Executed on August 17, 2017.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

/s/ Adina H. Rosenbaum
Adina H. Rosenbaum