**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| PUBLIC CITIZEN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:17-1669 (CRC) |
| | ) | |
| UNITED STATES SECRET SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL AND ORDER**

Plaintiff Public Citizen, Inc. ("Public Citizen") and Defendant United States Secret Service ("Secret Service"), having resolved this case through a settlement agreement, agree and stipulate as follows:

1. This Stipulation of Dismissal and Order shall constitute dismissal of the above-captioned action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The dismissal of the action shall be effective upon the Court's entry of this Stipulation of Dismissal and Order on the docket as an order of the Court.

2. After dismissal of the action, Defendant shall pay to counsel for plaintiff a lump sum of $35,000 in attorney fees and costs. Plaintiff agrees that payment of this sum shall constitute full and final settlement of all claims by Plaintiff for fees, costs, and expenses against Defendant in this action.

3. The Court retains jurisdiction to enforce the provisions of this Stipulation of Dismissal and Order.

Dated: February 14, 2018

| | Respectfully submitted, |
|---|---|
| /s/ *Adina H. Rosenbaum* | CHAD A. READLER |
| Adina H. Rosenbaum | Acting Assistant Attorney General |
| (D.C. Bar No. 490928) | |
| Patrick D. Llewellyn | /s/ *Elizabeth J. Shapiro* |
| (D.C. Bar No. 1033296) | ELIZABETH J. SHAPIRO (D.C. Bar 418925) |
| Public Citizen Litigation Group | United States Department of Justice |
| 1600 20th Street NW | Civil Division, Federal Programs Branch |
| Washington, DC 20009 | 20 Massachusetts Ave. NW, Room 6118 |
| (202) 588-1000 | Washington, D.C. 20530 |
| | Tel: (202) 514-5302 |
| *Attorneys for Plaintiff* | Fax: (202) 616-8460 |
| | E-mail: elizabeth.shapiro@usdoj.gov |
| | *Attorneys for Defendant* |

SO ORDERED, this 14 day of February, 2018

_____
UNITED STATES DISTRICT JUDGE